United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Renee A. Ott  
    Debtor

Case No. 16-17216-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: Antoinett    Page 1 of 2    Date Rcvd: Aug 09, 2017  
                 Form ID: pdf900    Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 11, 2017.
```
db           +Renee A. Ott,    887 Williams Place,    Warminster, PA 18974-1134
cr           +JPMORGAN CHASE BANK, NATIONAL ASSOCIATION,    3415 Vision Drive,    Columbus, OH 43219-6009
13809418    ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
             (address filed with court: Citi Cards,     Po Box 182564,    Columbus, OH  43218)
13840487     Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
13809417    +Chase,    700 Kansas Lane,    Monroe, CA 71203-4774
13868429    +Chase Records Center,    ATTN: Correspondence Mail,    Mail Code LA4-5555,    700 Kansas Lane,
              Monroe, LA 71203-4774
13809419    +Hatboro Federal Savings Bank,    229 South York Road,    Hatboro, PA 19040-3429
13809422    +Macys,    P.O. Box 689195,    Des Moines, IA 50368-9195
13912753    +Matteo S. Weiner, Esquire,    JP Morgan Chase Bank, N.A.,    KML Law Group, P.C.,
              701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
13899007    +McCullough Eisenberg, LLC.,    65 West Street Road,    Suite A-204,    Warminster, Pa 18974-3229
13809107    +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13809424     Subaru Motors Finance,    Po Box 901037 Chase,    Fort Worth, TX  76101-2037
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: bankruptcy@phila.gov Aug 10 2017 01:26:06     City of Philadelphia,
              City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
              Philadelphia, PA  19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 10 2017 01:25:31
              Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 10 2017 01:25:44     U.S. Attorney Office,
              c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr          +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 10 2017 01:33:30
              PRA Receivables Management, LLC,    POB 41067,    NORFOLK, VA 23541-1067
13842782     E-mail/Text: bk.notifications@jpmchase.com Aug 10 2017 01:25:07     JPMorgan Chase Bank, N.A.,
              National Bankruptcy Department,    P.O. Box 29505 AZ1-1191,    Phoenix, AZ 85038-9505
13809420    +E-mail/Text: bnckohlsnotices@becket-lee.com Aug 10 2017 01:25:01     Kohl's,    Po Box 3084,
              Milwaukee, WI 53201-3084
13849573     E-mail/PDF: resurgentbknotifications@resurgent.com Aug 10 2017 01:26:49
              LVNV Funding, LLC its successors and assigns as,    assignee of Citibank (South Dakota),,
              N.A.,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13834897     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 10 2017 01:33:21
              Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13809423     E-mail/PDF: gecsedi@recoverycorp.com Aug 10 2017 01:26:48     Qcards/Gecrb,    Pobox 530905,
              Atlanta, GA  30353-0905
                                                                                              TOTAL: 9
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13809421    ##+LVNV Funding, Inc.,    120 North Keyser Avenue,    C/O Michael Ratchford, Esquire,
              Scranton, PA 18504-9701
                                                                                              TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 11, 2017                              Signature:  /s/Joseph Speetjens

```
District/off: 0313-2          User: Antoinett              Page 2 of 2                   Date Rcvd: Aug 09, 2017
                              Form ID: pdf900              Total Noticed: 21
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 9, 2017 at the address(es) listed below:
              CAROL B. MCCULLOUGH    on behalf of Debtor Renee A. Ott mcculloughheisenberg@gmail.com,
               G25217@notify.cincompass.com
              KEVIN S. FRANKEL    on behalf of Creditor   JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               pa-bk@logs.com
              MATTEO SAMUEL WEINER    on behalf of Creditor   JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                                 TOTAL: 5
```

In re : Chapter 13

RENEE A. OTT

Debtor(s)

: Bankruptcy No. 16-17216AMC

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

AND NOW, this 9th day of August 2017 consideration of the plan submitted by the debtor under Chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that
   A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;
   B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provision of title 11 U.S.C.;
   C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;
   D. the plan has been proposed in good faith and not by any means forbidden by law;
   E. the value, as of the effective date of the plan, of property to be distributed under the plan on account of each allowed unsecured claim is not less than the amount that would be paid on such claim if the estate of the debtor were liquidated under chapter 7 of title 11 on such date;
   F. with respect to each allowed secured claim provided for by the plan-
      (1) the holder of such claim has accepted the plan;
      (2) (a) the plan provides that the holder of such claim retain the lien securing such claim, and
          (b) the value, as of the effective date of the plan, of property to be distributed under the plan on account of such claims is not less than the allowed amount of such claim; or
      (3) the debtor has agreed to surrender or has surrendered the property securing such claim to such holder of the claim; and
   G. the debtor will be able to make all payments under the plan and to comply with the plan;
   WHEREFORE, it is ORDERED:
   1. that the plan is CONFIRMED
   2. that pursuant to 11 U.S.C. 1327 the provisions of the confirmed plan bind the debtor and each of the creditors of the debtor, whether or not the claim of such creditor is provided for by the plan, and whether or not said creditor has objected to, has accepted or has rejected the plan; and
   3. that all property of the estate, including any income, earnings, other property which may become a part of the estate during the administration of the case which property is not proposed, or reasonably contemplated, to be distributable to claimants under the plan shall revest in the debtor(s); provided, however, that no property received by the trustee for the purpose of distribution under the plan shall revest in the debtor except to the extent that such property may be in excess of the amount needed to pay in full all allowed claims as provided in the plan.

_____
Honorable Ashely M. Chan
United States Bankruptcy Judge