```
                        United States Bankruptcy Court
                        Eastern District of Pennsylvania
In re:                                                          Case No. 16-17216-amc
Renee A. Ott                                                    Chapter 13
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0313-2          User: Antoinett            Page 1 of 2           Date Rcvd: Apr 01, 2020
                              Form ID: pdf900            Total Noticed: 22


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 03, 2020.
db             +Renee A. Ott,    887 Williams Place,    Warminster, PA 18974-1134
cr             +JPMORGAN CHASE BANK, NATIONAL ASSOCIATION,     3415 Vision Drive,    Columbus, OH 43219-6009
13809418      ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court: Citi Cards,     Po Box 182564,    Columbus, OH   43218)
13840487        Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
13809417       +Chase,   700 Kansas Lane,    Monroe, CA 71203-4774
13868429       +Chase Records Center,    ATTN: Correspondence Mail,     Mail Code LA4-5555,    700 Kansas Lane,
                 Monroe, LA 71203-4774
13809419       +Hatboro Federal Savings Bank,    229 South York Road,    Hatboro, PA 19040-3429
13809421       +LVNV Funding, Inc.,    120 North Keyser Avenue,    C/O Michael Ratchford, Esquire,
                 Scranton, PA 18504-9701
13809422       +Macys,   P.O. Box 689195,    Des Moines, IA 50368-9195
13912753       +Matteo S. Weiner, Esquire,    JP Morgan Chase Bank, N.A.,     KML Law Group, P.C.,
                 701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
13899007       +McCullough Eisenberg, LLC.,    65 West Street Road,    Suite A-204,    Warminster, Pa 18974-3229
13809424        Subaru Motors Finance,    Po Box 901037 Chase,    Fort Worth, TX   76101-2037

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Apr 02 2020 04:42:22      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 02 2020 04:42:02
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 02 2020 04:42:15       U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 02 2020 04:48:39
                 PRA Receivables Management, LLC,    POB 41067,    NORFOLK, VA 23541-1067
13842782        E-mail/Text: bk.notifications@jpmchase.com Apr 02 2020 04:41:53       JPMorgan Chase Bank, N.A.,
                 National Bankruptcy Department,    P.O. Box 29505 AZ1-1191,    Phoenix, AZ 85038-9505
13809420       +E-mail/Text: bncnotices@becket-lee.com Apr 02 2020 04:41:45      Kohl's,    Po Box 3084,
                 Milwaukee, WI 53201-3084
13849573        E-mail/PDF: resurgentbknotifications@resurgent.com Apr 02 2020 04:48:49
                 LVNV Funding, LLC its successors and assigns as,     assignee of Citibank (South Dakota),,
                 N.A.,   Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13834897        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 02 2020 04:47:45
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13809107       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 02 2020 04:49:50
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13809423        E-mail/PDF: gecsedi@recoverycorp.com Apr 02 2020 04:48:37       Qcards/Gecrb,    Pobox 530905,
                 Atlanta, GA  30353-0905
                                                                                              TOTAL: 10

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 03, 2020                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0313-2                User: Antoinett               Page 2 of 2                  Date Rcvd: Apr 01, 2020
                                    Form ID: pdf900               Total Noticed: 22
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 1, 2020 at the address(es) listed below:

        CAROL B. MCCULLOUGH    on behalf of Debtor Renee A. Ott mcculloughheisenberg@gmail.com, cbmccullough64@gmail.com
        KEVIN S. FRANKEL    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION pa-bk@logs.com
        MATTEO SAMUEL WEINER    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
        MICHAEL JOHN CLARK    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION mjclark@logs.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com

                                                                                              TOTAL: 6

# UNITED STATES BANKRUTPCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  
RENEE A. OTT

Chapter 13

Debtor

Bankruptcy No. 16-17216-AMC

# ORDER

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

4/1/20

_____  
Ashely M. Chan  
Bankruptcy Judge

William C. Miller, Trustee  
P.O. Box 1229  
Philadelphia, PA  19105

Debtor's Attorney:  
CAROL B MCCULLOUGH  
65 W STREET RD  
SUITE A-204  
WARMINSTER, PA 18974-

Debtor:  
RENEE A. OTT

887 WILLIAMS PLACE

WARMINSTER, PA 18974